No. 1,309.—HAGGIN, APPELLANT, *v.* LORENZE ET AL.,
RESPONDENTS.

*Appeal from District Court, Deer Lodge County.*

Order entered March 14, 1901.

PER CURIAM.—It is ordered that the request for an order
dismissing the appeal be not considered, for the reason that no
proper motion in that behalf has been filed or made, and for
the further reason that the request is not signed or made by
counsel of record herein.

(MR. CHIEF JUSTICE BRANTLY, having been of counsel, does
not participate in the foregoing order.)

Motion to dismiss appeal. Decided March 16, 1901.

PER CURIAM.—Appellant's motion to dismiss this appeal
is granted, and the appeal is hereby dismissed at the cost of the
appellant.

(MR. CHIEF JUSTICE BRANTLY, having been of counsel in
the court below, does not participate in the foregoing order.)

*Mr. G. B. Winston* and *Mr. W. W. Dixon,* for Appellant.